## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom )<br>Pursuant to the Treaty Between the )<br>Government of the United States of )<br>America and the Government of )<br>the United Kingdom on Mutual )<br>Assistance in Criminal Matters in )<br>the Matter of Dolours Price ) | M.B.D. No. 11 mc 91078-RGS |

### Government's Assented-to Motion for Enlargement of Time

The United States of America, by and through Assistant United States Attorneys John T. McNeil and Todd F. Braunstein, respectfully requests the Court for an enlargement of time to respond to the Motion to Quash filed by the Trustees of Boston College in this matter. [D.5]. The Trustees of Boston College's motion was filed with the Court on June 7, 2011. *Id*. The government requests an enlargement of time until July 1, 2011.

As reason therefore, the government notes that the instant motion raises complex issues of law and fact and the government's response must be coordinated with the U.S. Department of Justice Office of International Affairs and officials in the United Kingdom. The Trustees of Boston College assent to this motion for enlargement of time.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              UNITED STATES ATTORNEY

Date: June 17, 2011          By:    */s/ John T. McNeil*
                                              John T. McNeil
                                              Todd F. Braunstein
                                              Assistant United States Attorneys

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ John T. McNeil

John T. McNeil
Assistant United States Attorney