# Exhibit 1

## SUNDAY LIFE

Sun 21 February 2010    Page 6 & 7

### GERRY ADAMS AND THE DISAPPEARED
### I DIDN'T ORDER JEAN'S KILLING

# Adams denies claims that he gave go-ahead for McConville disappearance

**CIARAN BARNES** — Crime Reporter

GERRY ADAMS last night vehemently denied claims by Old Bailey bomber Dolours Price that he ordered the abduction of IRA disappeared victim Jean McConville.

But Price, who is due to meet this week with investigators searching for the Disappeared, has made it clear that she will tell them that her IRA boss Adams masterminded the disappearance and that she drove the mum-of-10 to her death.

Sunday Life has heard tape recordings made by Price in which she details the allegations against Adams and confesses her own involvement in a series of murders and secret burials.

Adams last night rubbished Dolours Price's allegations, saying: "I reject entirely any allegations made by Dolours Price. She is a long-standing opponent of Sinn Fein and the peace process. In addition she clearly has her own issues to resolve."

Adams has always denied being a member of the IRA but Price claims he was her OC, officer commanding.

Price, 59, who is suffering from post-traumatic stress disorder, confessed last week to driving other disappeared victims — Joe Lynskey, Seamus Wright and Kevin McKee — to their deaths.

Sunday Life can also reveal that Price, 59, has admitted in other recordings her involvement in the 1972 abduction of Jean McConville from her home in west Belfast's Divis Flats complex.

Like Lynskey, Wright and McKee, Price drove her to Co Monaghan where she was executed by the IRA and secretly buried.

Ms McConville's remains were eventually discovered in 2003 on a Co Louth beach. Veteran west Belfast republican Pat McClure, who is now dead, was also in the car to ensure Ms McConville did not escape.

A remorseful Price, who fell out with the Provos in 1997, is set to tell all about her role in the Disappeared scandal to the Independent Commission for the Location of Victims Remains (ICLVR) when it meets with her in Dublin this week.

She will also tell investigators, including Moors Murders detective Geoff Knupfler, that Sinn Fein MP Adams, who denies ever being in the IRA, was her "OC" and gave the order to disappear Jean McConville.

Price, who had a breakdown as a result of her role in the IRA and time in prison, has claimed that Adams was the brains behind the IRA's disappeared policy.

In 1972 arguments raged within the IRA as to what to do with alleged informants.

Many members wanted them to be shot and their bodies dumped in public as a deterrent to others.

However, Price is claiming that Adams and other senior IRA figures in Belfast argued that this would be bad for their image so bodies should be disappeared instead.

Reacting to Price's allegations Adams said: "Dolours has set herself against the Sinn Fein leadership on many occasions. But I was very moved by her admission that she is suffering from trauma.

"There obviously are issues she has to find closure on for herself and there's no point anyone in these situations blaming anyone else - it's up to her and she needs support to come to terms with this.

"However, she is not alone. There are other former vulnerable republican activists who have or are suffering trauma and who have been cynically exploited by some elements of the media."

Adams also stressed that all IRA members should be proud of their role in the organisation.

He added: "Many of them (IRA members) suffered imprisonment, injury or the loss of friends and comrades. All can look back on their IRA involvement with pride."

In her tape recorded confession, which Sunday Life has heard, Price claims that Adams played a key role in disappearing victims.

She reveals that she picked up Joe Lynskey on the orders of Gerry Adams, who she says was in charge of Belfast and her "OC".

Price explains that Lynskey knew she was coming for him and although he was aware he was going to be shot he was very calm.

The veteran republican then tells of how Lynskey packed a small bag and had resigned himself to the fact he was going to die.

Price explains how on the way to Monaghan she wanted to let him go but couldn't because she was afraid of the consequences.

The IRA bomber goes on to explain how when she handed Lynskey over to the Provos in Monaghan he hugged her and told her not to worry.

The same year that Lynskey was disappeared, 1972, Price was also involved in the abduction of Jean McConville, Seamus Wright and Kevin McKee.

Again she has claimed that all three were disappeared on Adams' orders.

She names Pat McClure as the IRA man who accompanied her when she brought Jean McConville to the IRA in Monaghan.

Price tells of how the IRA in Divis Flats wanted Jean's body dumped in the middle of Albert Street, but she says top men like Gerry Adams and Joe Cahill argued against that, saying it would be bad for the image, so she was secretly buried instead.

Price, who has made taped confessions of her role in the abductions to academics at Boston University, will relay this information to ICLVR investigators later this week.

The IRA started to co-operate with investigators searching for disappeared victims following the signing of the 1998 Good Friday Agreement.

A short time later Price and other senior IRA operatives from the early 1970s were approached by IRA leader Bobby Storey (right) for help locating remains.

The ex-wife of Oscar nominated actor Stephen Rea was asked what details she could remember about the McConville, Wright and McKee abductions. However, the Lynskey disappearance was not discussed.

Northern Ireland *information* Service