# Exhibit 3

# Scotland's Newspaper
# GLASGOW HERALD

191st Year—No. 246 — THURSDAY, NOVEMBER 15, 1973. — Four pence (4p) — CITY EDITION

## Car-bomb terrorists face sentence today

Sentences will be pronounced today on eight persons found guilty last night in the London car-bombs trial at Winchester Crown Court.

They are Robert Walsh (24), Gerald Kelly (19), Martin Brady (22), William Armstrong (29), Hugh Feeney (21), Dolours and Marion Price, and Paul Holmes (19). All have Belfast addresses.

### 44-DAY TRIAL

Also due to be sentenced today is William Patrick McLarnon, who pled guilty to all three charges on the first day of the trial, which lasted 44 hours.

The jury were out for six-and-a-half hours. When the not guilty verdict against Roisin McNearney was called out there was a scuffle in the dock, then a coin was thrown, and she was told: "Take your blood money with you." Feeney and Brady had to be restrained till the girl was taken downstairs.

At the same time, several of the defendants started to hum the "Dead March in Saul."

After the verdicts Mr Justice Sebag Shaw ordered police protection for Roisin McNearney.

The Judge then told the sobbing girl: "I don't know what other dangers will confront you when you leave this court from others whom you regarded as associates and friends.

"You have been in custody since last March and you have nobody to blame for it but yourself.

"You have learnt the bitter lesson and I hope it has taught you and others like you not to dabble in murderous enterprises and tourists, brought for cars great it as a frolic, for it brings grave danger to you.

"I hope all will be well with you, I think the jury were right to acquit you.

"But you came very near to the edge of guilt and you may reflect upon that.

"And if you have friends in Ireland still, you tell them about the experiences here, so they may know what to expect if they follow your example."

Inside the court a plain-clothes police bodyguard sat beside the Judge. In the dock 15 men and women prison officers packed the seats behind the nine defendants. The court doors were locked during the verdicts.

The eight — including sisters Dolours and Marian Price — gave the clenched fist salute to friends and relatives in the public gallery after the jury returned their verdicts.

Dolours (22), the leader of the gang, mouthed a message to friends as she was taken down.

Marian (19) — nicknamed the Armalite widow by the Provisional IRA because of her expertise with their favourite rifle — smiled and waved.

It was an hour before the eight were taken the 300 yards to the prison where they have been kept for nearly 10 weeks.

In evidence it was stated that a gang of 10, travelling in two groups and posing as tourists, brought four cars from Dublin to Liverpool early in March.

### HIJACKED CARS

Both groups drove to London, where the first two cars, were parked near the Post Office Tower. The five persons with them booked in a hotel in Bloomsbury.

Twenty-four hours later the second group moved into a small hotel in Pimlico and left another car in the street.

On the same day the group from Bloomsbury moved into four other Pimlico hotels and were joined by the crew of yet another car.

All four cars had been hijacked at gunpoint in the Falls Road area of Belfast, resprayed, and given false registration plates.

Hidden in the vehicles was more than 500lbs. of explosive waiting for detonators to be attached and timing devices to be wound up.

The eleventh member of the squad, Dolours Price, travelled to England by air. She arrived on March 7.

### AIR TICKETS

All 11 had booked air tickets to Dublin for March 8.

On the day of the bombings they had to cope with the implications of a rail strike.

One car was driven to Broadway, Westminster, and parked opposite the tower block at Scotland Yard.

About the same time another was backed into a meter bay in Great Scotland Yard, off Whitehall, beside an Army recruiting office.

A third was parked outside the Old Bailey, and the fourth was left near the British forces' radio headquarters in Dean, Stanley Street, Westminster.

Ten of the 11 conspirators were arrested as they were leaving the country. The eleventh slipped through the security net and flew to Dublin.

More than 200 people were injured in the Old Bailey and Great Scotland Yard explosions, which had been timed to coincide with the Ulster border plebiscite.