# Exhibit 7

**From:** Connolly, Eileen S [mailto:eileen.s.connolly@garda.ie]
**Sent:** 10 June 2011 14:00
**To:** zInternationalLiaison
**Subject:** **URGENT!** ICPO/7641/11/NB
**Importance:** High

Interpol Dublin          10th June 2011

URGENT

To          REDACTED
From        Interpol
Our REF     ICPO/7641/11/NB
Your Ref    MA/192/11/DW

In relation to the above and to your message earlier, please see below enquiries carried out by the Gardai in Dundalk in relation to your message:

Quote

Following your request, I have checked with Drogheda as to an existence of any record of a call on 31/03/2010 and there is no record of any such call. I have also checked the names James and Geraldine Reynolds for the estate in Rosevale and I have not found any persons there on the system for that area. Anthony McIntyre however is on our system but there are no records of him making any call on this date in question. Mr. McIntyre lives at 94 Rosevale, Drogheda and appears to be caretaker or building manager for an apartment complex here in Dundalk @ Ard dealgan, Quay St, Dundalk. He has made a number of calls over the last years of damage and public order incidents at this location which would indicate that he is some sort of caretaker here.

Unquote

If we can be of any further assistance, please do not hesitate to contact us.

Regards

Interpol Dublin
For Police Use Only

REDACTED