# Exhibit 10

BOSTON COLLEGE

May 10, 2000

FAX: 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-683452

Ed Moloney
Northern Editor
The Sunday Tribune

Dear Ed,

Please excuse the delay in replying to your very exciting proposal. I was speaking to Paul, and he said he had just been in conversation with you and that you had inquired as to whether I had received your proposal. I did, of course, but I apologize for not having acknowledged receipt of it immediately. I should have done so.

Let me say from the start that I am personally very enthusiastic about this proposal. Indeed, it fits in quite nicely with another project that I am exploring in cooperation with filmmaker John Michalczyk, head of the University's Fine Arts Department. I will have to get some answers to some of the sensitive questions you raised in your proposal before responding formally to it, however.

Some initial thoughts: I would have no difficulty personally agreeing to an embargo on the tapes to protect contributors. But I first must clear this with University counsel. I cannot guarantee, for example, that we would be in a position to refuse to turn over documents on a court order without being held in contempt. I am well aware of your own courageous stand in protecting sources, but I'm not sure librarians are accorded the same respect as journalists. Nevertheless, the First Amendment to our Constitution is greatly cherished here, and I suspect the courts would look upon these interviews as privileged information. But I am not an attorney. Another point: Ordinarily when we embargo material, we release the material only with the consent of the depositor, but we prefer to put a time limit on such an arrangement, e.g., the year 2010. But I am keenly aware of the sensitivities and difficulties involved, and I take the long view. Better we make concessions for the short term than risk never gathering the material.

I fully agree with you that you would have to be well financed to make this project work properly. This leads me to the matter of a budget. Clearly we are talking about significant sums, and I would have to have some reasonable budget to present to University officials and potential funding sources.

I will be in Belfast in late June, and I would be very happy to meet with you to discuss this project further. Please know that I am very eager to move forward with this idea, and I am grateful that you have given Boston College the first opportunity to consider this project.

Sincerely,

Robert K. O'Neill, Ph.D.
Burns Librarian

RKO 000076