### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price <br> _____/ | M.B.D. No. 11-MC-91078 |

### **MOTION TO WITHDRAW**

The undersigned attorney hereby moves to withdraw from his representation of the United States in the above-captioned matter because he is terminating employment with the U.S. Attorney's Office for the District of Massachusetts.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   /s/ Todd F. Braunstein
       TODD F. BRAUNSTEIN
       Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Todd F. Braunstein
        TODD F. BRAUNSTEIN
        Assistant U.S. Attorney

Date: September 1, 2011