# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom ) <br>   Pursuant to the Treaty Between the   ) <br>   Government of the United States of   ) <br>   America and the Government of   ) <br>   the United Kingdom on Mutual   ) <br>   Assistance in Criminal Matters in   ) <br>   the Matter of Dolours Price   ) | M.B.D. No. 11 mc 91078-JLT |

## Government's Assented-to Motion for Enlargement of Time

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully requests the Court for an enlargement of time to respond to the *Motion for Leave to Intervene* filed by Messrs. Ed Moloney and Anthony MacIntyre. [D.18]. The motion was filed on August 31, 2011. *Id*. The government requests an enlargement of time until September 23, 2011.

As reason therefore, the government notes that the instant motion raises a number of complex issues and the government's response must be coordinated with the U.S. Department of Justice Office of International Affairs. Moreover, undersigned counsel will be out of the district during much of the week of September 12, 2011. Messrs. Moloney and MacIntyre, through counsel, assent to this motion for enlargement of time.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              UNITED STATES ATTORNEY

Date: September 8, 2011      By:    */s/ John T. McNeil*
                                              John T. McNeil
                                              Assistant United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ John T. McNeil
John T. McNeil
Assistant United States Attorney