## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE: Request from the United Kingdom  )
    Pursuant to the Treaty Between the  )
    Government of the United States of  )
    America and the Government of  )    M.B.D. No. 11 mc 91078-JLT
    the United Kingdom on Mutual  )
    Assistance in Criminal Matters in  )
    the Matter of Dolours Price  )

### Government's Assented-to Motion for Enlargement of Time

The United States of America, by and through Assistant United States Attorney John T.

McNeil, respectfully requests the Court for an enlargement of time to respond to the *Motion for*

*Leave to Intervene* filed by Messrs. Ed Moloney and Anthony MacIntyre. [D.18]. The motion

was filed on August 31, 2011. *Id.* The government requests an enlargement of time until

September 23, 2011.

As reason therefore, the government notes that the instant motion raises a number of

complex issues and the government's response must be coordinated with the U.S. Department of

Justice Office of International Affairs. Moreover, undersigned counsel will be out of the district

during much of the week of September 12, 2011. Messrs. Moloney and MacIntyre, through

counsel, assent to this motion for enlargement of time.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

Date: September 8, 2011    By:   */s/ John T. McNeil*

        John T. McNeil
        Assistant United States Attorney

ALLOWED

Tauro J. J.
9/8/11