UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Request from the United Kingdom　\*
　　　　Pursuant to the Treaty Between the　\*
　　　　Government of the United States of　\*
　　　　America and the Government of　　　\*
　　　　the United Kingdom on Mutual　　　 \*　　　M.B.D. No 11 mc 91078-JLT
　　　　Assistance in Criminal Matters in　　\*
　　　　The Matter of Dolours Price.　　　　 \*

ORDER

September 28, 2011

TAURO, J.

My son, Christopher M. Tauro, is a partner at Edwards Angell Palmer & Dodge LLP. I request counsel for both sides to advise me as to whether my recusal is necessary in this case. If either party requests recusal, this court will comply. In any event, the parties submissions on this issue will be sealed from the court's view. Please file your response to this order with the Clerk of the Court, Zita Lovett, on or before **Monday, October 3, 2011.**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge