# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price | M.B.D. No. 11 mc 91078-JLT |

### Government's Opposition to Motion of Putative Intervenors to File Reply Memorandum

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this opposition to *Motion of Intervenors to File Reply Memorandum to Government's Opposition to Motion for Leave to Intervene* [D.25].  Having already filed 157 pages of pleadings and attachments with their initial motion [D.18], the putative intervenors now seek to file an additional pleading of unspecified length. [D.25].  The grounds for their request essentially are that there are "substantial issues at stake" and "matters of first impression" at issue.  [D.25 at 1-2].  The putative intervenors neither claim that the government's response raises any new issues, nor that there are any issues which now need to be briefed of which they were not aware at the time they filed their initial brief.  Allowing a reply memorandum would simply delay resolution of this matter, permit duplicative and unnecessary briefing in this case, and reward the putative intervenors for failing to state their complete case in their initial pleading.

The government respectfully requests the Court to deny the instant motion.

                                        CARMEN M. ORTIZ
                                        UNITED STATES ATTORNEY

Date: September 30, 2011        By:    */s/ John T. McNeil*
                                           John T. McNeil
                                           Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ John T. McNeil*
                                                  John T. McNeil
                                                  Assistant United States Attorney