UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom * <br> Pursuant to the Treaty Between the * <br> Government of the United States of * <br> America and the Government of * <br> the United Kingdom on Mutual * <br> Assistance in Criminal Matters in * <br> The Matter of Dolours Price. * | M.B.D. No 11 mc 91078-JLT |

ORDER

October 4, 2011

TAURO, J.

Pursuant to 28 U.S.C. § 455(b)(4) and Advisory Opinion No. 58 for the Code of Conduct for United States Judges, I hereby recuse myself from presiding in this case. The case will be returned to the Clerk to be redrawn.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                          United States District Judge