UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In RE: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price<br><br>UNITED STATES OF AMERICA,<br>    Petitioner,<br>    v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br>    Movant,<br><br>JOHN T. McNEIL,<br>    Commissioner,<br><br>ED MOLONEY, ANTHONY McINTYRE,<br>    Applicants for Intervention. | MISCELLANEOUS BUSINESS DOCKET<br>NO. 11-91078-WGY |

ORDER

YOUNG, D.J.                                              December 27, 2011

After carefully reviewing the transcripts of thirteen interviews of "H", this Court finds and rules, pursuant to its opinion issued December 16, 2011, and the balancing procedure explained from the bench, see Transcript of Hearing, ECF No. 35, December 22, 2011, that the Commissioner's initial subpoena must be enforced according to its terms.  Accordingly:

1.   On or before noon, Friday, December 30, 2011, Boston

       College shall produce to the Commissioner:

       a.   The original tape recordings of any and all interviews of Dolours Price.

       b.   Any and all written documents, including but not limited to any and all transcripts, relating to any and all tape recordings of any and all interviews of Dolours Price.

       c.   Any and all written notes created in connection with any and all interviews of Dolours Price.

       d.   Any and all computer records created in connection with any and all interviews of Dolours Price.

2.   This Court likewise will turn over to the Commissioner the materials it has been reviewing *in camera* pertaining to the initial subpoena of Boston College dated May 2, 2011.  See Mot. Quash Subpoenas 2, ECF No. 5.  The Commissioner shall give receipt for such materials.

3.   The Commissioner shall hold such materials in confidence and shall cause to be made (at government expense) copies of the original materials turned over by Boston College (tape for tape and transcript for transcript), save only that transcripts which have already been duplicated need not again be copied.  The complete set of the copied materials shall be returned to Boston College for its archives.

    4.    The Commissioner shall report to the Court the copying and return of the copies for archiving.

    5.    This done, the Commissioner may turn over the materials responsive to this subpoena to the requesting state.

Upon review of the materials provided pursuant to the second subpoena, the Court will issue further orders.

SO ORDERED.

    /s/ William G. Young
    WILLIAM G. YOUNG
    DISTRICT JUDGE