# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------------x
:
IN RE: Request from the United Kingdom :
Pursuant to the Treaty Between the Government of :
the United States of America and the Government :
of the United Kingdom on Mutual Assistance in :
Criminal Matters in the Matter of Dolours Price. :
: Miscellaneous
UNITED STATES OF AMERICA, : Business Docket No.:
                  Petitioner, : 11-MC-91078 (WGY)
v. :
: **ECF**
TRUSTEES OF BOSTON COLLEGE, :
                  Movant, :
: **NOTICE OF**
JOHN T. McNEIL, : **APPEAL**
                  Commissioner, :
:
ED MOLONEY, ANTHONY McINTYRE, :
                  Applicants for Intervention. :
:
---------------------------------------------------------------------------------x

**NOTICE OF APPEAL OF THE APPLICANTS FOR INTERVENTION
TO THE COURT OF APPEALS FROM THE ORDER OF THE
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Notice is hereby given that the above-named Applicants for Intervention, Ed Moloney and Anthony McIntyre, by and through their attorneys, the Law Offices of James J. Cotter and Dornan & Associates PLLC, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment of the Honorable William G. Young entered on December 16, 2011, denying the Motion for Leave to Intervene filed by the Applicants for Intervention and all subsequent Orders relating thereto.  The Memorandum and Order of December 16, 2011 is attached hereto as Exhibit A.

Dated: December 29, 2011
      Boston, Massachusetts

Respectfully submitted,

LAW OFFICES OF JAMES J. COTTER, III MA BBO 101620

By: /s/James J. Cotter, III
_____
JAMES J. COTTER, III
(MA BBO 101620)
Post Office Box 270
N. Quincy, MA 02171
Tel. 617 899-0549
Fax 617 984-5858

DORNAN & ASSOCIATES PLLC

By: /s/Eamonn Dornan
_____
EAMONN DORNAN,ESQ
*Appearing Pro Hac Vice*
1040 Jackson Avenue, Suite 3B
Long Island City, New York 10017
Tel: (718) 707-9997

        Fax: (718) 228-5940

        *Attorneys for Intervenors*
        Ed Moloney and Anthony McIntyre

Certificate of Service

I, James J. Cotter III, hereby certify that this document filed through the CM/ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 29, 2011.

        <u>/s/ James J. Cotter III</u>
        James J. Cotter III