# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

IN RE: Request from the United Kingdom
Pursuant to the Treaty Between the Government of
the United States of America and the Government
of the United Kingdom on Mutual Assistance in
Criminal Matters in the Matter of Dolours Price.

UNITED STATES OF AMERICA,
              Petitioner,

v.

TRUSTEES OF BOSTON COLLEGE,
              Movant,

JOHN T. McNEIL,
              Commissioner,

ED MOLONEY, ANTHONY McINTYRE,
              Applicants for Intervention.

------------------------------------------------------------x

Miscellaneous Business Docket No.: 11-MC-91078 (WGY)

ECF

**MOTION FOR STAY PENDING APPEAL TO THE FIRST CIRCUIT**

---

*December 30, 2011*
YOUNG D.J.
MOTION DENIED

*/s/ William G. Young/*
U.S. District Judge

---

**MOTION FOR STAY OR INJUNCTION PENDING APPEAL TO THE COURT OF APPEALS FROM THE ORDER OF THE DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**