
# EDWARDS WILDMAN

EDWARDS WILDMAN PALMER LLP
111 HUNTINGTON AVENUE
BOSTON, MA 02199
+1 617 239 0100 main +1 617 227 4420 fax
edwardswildman.com

Jeffrey Swope
617.239.0181
fax 617.316.8366
jswope@eapdlaw.com

As Amended on Pg. 2
December 30, 2011

December 21, 2011

**By hand**

**Filed ex parte and under seal in accordance with instruction of the Court**

Elizabeth F. Smith, Courtroom Clerk
United States District Court for the District of Massachusetts
United States Courthouse, Suite 5710
1 Courthouse Way
Boston, Massachusetts 02210

Dear Ms. Smith:  (IN RE: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price; M.B.D. No. 11-MC-91078)

In compliance with Judge Young's instructions during yesterday's conference, Boston College produces for Judge Young's *in camera* review the following materials:

1. Photocopies of the transcripts of the 13 interviews with Dolours Price conducted as part of the Belfast Project that are in the possession of Boston College, including the word indices contained at the beginning of each transcript volume

2. A CD with a copy of the transcripts of the 13 interviews with Dolours Price in searchable pdf format that was not prepared by Boston College but that is in the possession of Boston College; the pdf versions do not include the word indices contained in the paper transcript volumes

3. Copies in NTSC format (which are playable on a DVD player manufactured for use in the United States) of three DVDs of interviews with Dolours Price that were deposited by Ed Moloney in the Burns Library in 2010 as described in ¶ 35 of the Affidavit of Ed Moloney (D. 5-5) and that were not taken as part of the Belfast Project; contrary to the information available at yesterday's hearing, at which time Boston College did not believe it would be able to convert the original DVDs in its possession, which are in PAL format, to NTSC format, the enclosed copies have been converted so that they may be played on a DVD player manufactured for use in the United States; the original DVDs in PAL format remain in the possession of Boston College



Elizabeth F. Smith, Courtroom Clerk
December 21, 2011
Page 2

4. A copy of the CD-R deposited by Ed Moloney in the Burns Library at the same time and that is also not part of the Belfast Project; contrary to the information available at yesterday's hearing, at which time Boston College was concerned that accessing or copying the information on the CD-R it might alter the CD-R, Boston College has now determined that a copy may be made without such alteration; the original CD-R remains in the possession of Boston College

5. The Affidavit of Robert K. O'Neill regarding Boston College's knowledge whether the transcripts of any of the 24 interviews with individuals formerly associated with the IRA other than Brendan Hughes and Dolours Price contain information about the abduction or death of Mrs. Jean McConville

6. My Affidavit describing information received from Anthony McIntyre, the Belfast Project interviewer who interviewed individuals formerly associated with the IRA, when asked whether any of those 24 interviews provided information about the abduction or death of Mrs. Jean McConville

Please acknowledge below on the copy of this letter that is enclosed receipt of these materials, and return that copy to the person who delivers this letter and the materials to you.

Thanks for your assistance.

Yours truly,

Jeffrey Swope

Enclosures

Receipt of the above-described materials acknowledged on December 21, 2011, at _11:30_ a.m.

_____
Elizabeth F. Smith, Courtroom Clerk

Receipt of the above-described materials acknowledged on December 30th, 2011, at 12:12 pm.

_____
John T. McNeil
Assistant U.S. Attorney

receipt received by
Elizabeth Smith