# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:                     In Re Application for Appointment of a Commissioner

District Court Number:  11-mc-91078

Fee:     Paid?    Yes  ☒  No _____     Government filer _____   *In Forma Pauperis* Yes _____   No  ☒

Motions Pending          Yes ☒ No _____          Sealed documents          Yes _____ No ☒
*If yes, document #*          17                          *If yes, document #*

*Ex parte* documents     Yes ☒ No _____          Transcripts               Yes ☒ No _____
*If yes, document #*          8-10                        *If yes, document #*          33, 35,

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _____   Other: ☒

Appeal from:        #32 Memorandum and Order, #38 Order

Other information:

     I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal,  Memorandum and Order, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 39_____, filed on __12/29/2011_____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___1/3/2012_____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**