# United States Court of Appeals
## For the First Circuit

FILED
IN CLERK'S OFFICE
2011 DEC 30 P 1: 58
U.S. DISTRICT
DISTRICT OF MASS.

No. 11-2511

IN RE: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price

UNITED STATES OF AMERICA

Petitioner

v.

TRUSTEES OF BOSTON COLLEGE

Movant

JOHN T. McNEIL

Commissioner

ED MOLONEY; ANTHONY McINTYRE

Applicants for Intervention - Appellants

### ORDER OF COURT
Entered: December 30, 2011

In order to preserve the status quo and allow this court sufficient time to assess the issues, we grant a limited stay of the district court's December 27, 2011 order, in particular, paragraph number 5. We direct the Commissioner not to turn over to the requesting state the materials referenced in paragraph 5. Those materials shall continue to be held in confidence as provided in paragraph 3 of the district court's December 27, 2011 order until further order of this court. We direct a response to the motion for stay to be filed by **Monday, January 9, 2012**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. William G. Young
Sarah A. Thornton, Clerk.
Dina Michael Chaitowitz
James J. Cotter, III
Eamonn Dornan
John Thacher McNeil
Jeffrey Swope