# United States Court of Appeals
## For the First Circuit

No. 11-2511

IN RE: Request from the United Kingdom Pursuant to the
Treaty Between the Government of the United States of America
and the Government of the United Kingdom on Mutual Assistance in
Criminal Matters in the Matter of Dolours Price,

_____

UNITED STATES OF AMERICA,

Petitioner, Appellee,

v.

TRUSTEES OF BOSTON COLLEGE,

Movant,

_____

JOHN T. McNEIL,

Commissioner,

_____

ED MOLONEY, ET AL.,

Applicants for Intervention, Appellants.

_____

ORDER OF COURT

Entered: January 12, 2012

     The government's request for an expedited briefing schedule is allowed. The opening brief and appendix shall be filed on or before February 3, 2012; the government's brief on or before February 24, 2012; and any reply brief on or before February 27, 2012. To the extent possible, any appeal from the disposition of D. Mass. No. 11-cv-12331 will be consolidated with this appeal and briefed according to the same schedule. Oral argument can be expected during the March 2012 session.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
William G. Young, Judge, US District Court of Massachusetts
Sarah Allison Thornton, Clerk, US District Court of Massachusetts
Dina Chaitowitz
Eamonn Dornan
James Joseph Cotter, III
Jeffrey Swope
John McNeil