UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price | M.B.D. No. 11-MC-91078 |

## NOTICE OF APPEAL

Notice is hereby given that Trustees of Boston College, Professor Thomas E. Hachey, and Dr. Robert K. O'Neill, respondents in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from a final order entered in this action on January 20, 2012, that requires production of certain materials in response to subpoenas dated August 3, 2011.

By their attorney,

Dated: February 21, 2012

/s/ Jeffrey Swope
Jeffrey Swope (BBO #490760)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100
jswope@edwardswildman.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 21, 2012.

/s/ Jeffrey Swope