**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: In Re Application for Appointment of a Commissioner

District Court Number: 11-mc-91078

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 17 | *If yes, document #* | 54 |
| *Ex parte* documents | Yes ____ No __X__ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 33, 35, 53, 56 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: __X__

Appeal from:   #47 Findings of Fact & Conclusions of Law

Other information:   Appeal file by Movant Boston College

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal,  #47 Findings of Fact & Conclusion of Law

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  57   , filed on  2/21/2012   .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  2/23/2012   .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**