# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 11-mc-91078
USCA Docket Number: 12-1236

In Re Appl. for App. Commissioner

v.

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: _____

**Other Documents:**

Sealed Records:

Document Numbers: 1-3, 8, 15, 28, 29, Appendix Attachment 47, 49, 51, 59

*Ex parte* Records:

Document Numbers: 8-10, 11, 16, 36, 50, 60

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/14/2012.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/14/12.

_____
Deputy Clerk, US Court of Appeals