# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO
THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA
AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL
ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE,

UNITED STATES,

Petitioner, Appellee,

v.

TRUSTEES OF BOSTON COLLEGE,

Movant, Appellant.

ORDER OF COURT

Entered:  April 24, 2012

      In light of the government's response, the motion for a stay of production pursuant to the district court's 1/20/12 order is <u>allowed</u> pending appeal subject to further order of this court and reserving the government's right to move to vacate if it believes that the circumstances so warrant.

      By the Court:
      <u>/s/ Margaret Carter, Clerk</u>.

cc:
William G. Young, Judge, US District Court of Massachusetts
Sarah Allison Thornton, Clerk, US District Court of Massachusetts
Dina Chaitowitz
Randall Kromm
John McNeil
Jeffrey Swope
James Cotter, III
Eamonn Seamus Dornan