# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO
THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA
AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL
ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE,

UNITED STATES,

Petitioner, Appellee,

v.

TRUSTEES OF BOSTON COLLEGE,

Movant, Appellant.

Before

Torruella, Boudin and Thompson,
Circuit Judges.

ORDER OF COURT

Entered: September 28, 2012

      Although much of the district court record is available to this court electronically, the district court docket at Docket Entries ##'s 34 and 37 reflect that there are documents and materials reviewed by the district court in this case which are not electronically available. Accordingly, the district court clerk is requested to transmit these documents and materials to the circuit clerk pursuant to 1st Cir. R. 11.0(b) ("Papers and exhibits which are not electronically available will also be transmitted to the circuit clerk.").

By the Court:
/s/ Margaret Carter, Clerk.

cc:
William G. Young, Judge, US District Court of Massachusetts
Sarah Allison Thornton, Clerk, US District Court of Massachusetts
Dina Chaitowitz
Randall Kromm
John McNeil
Jeffrey Swope
James Cotter, III
Eamonn Seamus Dornan