UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
In RE:  Request from the United )
        Kingdom Pursuant to the )
        Treaty Between the      )
        Government of the United)
        States of America and the)
        Government of the United)
        Kingdom on Mutual       )
        Assistance in Criminal  )
        Matters in the Matter of)
        Dolours Price           )
                                )
UNITED STATES OF AMERICA,       )
              Petitioner,       )
        v.                      )
                                )
TRUSTEES OF BOSTON COLLEGE,     ) MISCELLANEOUS BUSINESS
              Movant,           ) DOCKET
                                ) NO. 11-91078-WGY
JOHN T. McNEIL,                 )
              Commissioner,     )
                                )
ED MOLONEY, ANTHONY McINTYRE,   )
              Applicants for    )
              Intervention.     )
_____)
```

REPORT

YOUNG, D.J.                                              October 1, 2012

Pursuant to the order of the United States Court of Appeals for the First Circuit, dated September 28, 2012 and received Friday afternoon, this Court promptly transmits herewith to the Clerk of that Court the three boxes of materials to which reference is made in that order.

Please note that these materials were received by this Court

ex parte, sealed, for in camera inspection only. They have thus been held in this Court subject to a higher level of security than materials which are simply sealed. Sealed materials, of course, are accessible by counsel to the parties and, depending on the particular order, by various law clerks and personnel in the District Court Clerk's Office. Here, the materials in question have never been seen by the requestor (the government). After all, that's what this dispute is all about. Moreover, the handling of these boxes has been limited to my Docket Clerk and my Courtroom Deputy Clerk. The file folders within each box have been double counted by my Judicial Assistant to insure accuracy. I am the only person to have reviewed the contents of each individual file.

Respectfully submitted,

/s/ William G. Young
William G. Young
District Judge