<div style="text-align:center">

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

</div>

| | |
|---|---|
| IN RE: Request from the United Kingdom )<br>Pursuant to the Treaty Between the )<br>Government of the United States of )<br>America and the Government of )<br>the United Kingdom on Mutual )<br>Assistance in Criminal Matters in )<br>the Matter of Dolours Price ) | M.B.D. No. 11 mc 91078-WGY |

<div style="text-align:center">

**Government's Supplemental Response to the Request of NBC News**

</div>

The United States of America, by and through Assistant U. S. Attorney John T. McNeil, respectfully submits this supplemental response to the letter submitted by NBC News dated May 6, 2014. [D.80]. This supplement corrects the government's initial response. [D.84]. With regard to the pleading entered in this case as D.36 (12/27/11), which is docketed as a one page motion to seal, that motion does not contain material which needs to remain under seal. However, the documents attached to D.36 (12/27/11) relate to the nature and scope of the U.K. investigation and should remain under seal.

<div style="margin-left:50%">

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

</div>

Date: June 3, 2014        By:    *s/ John T. McNeil*
                                 John T. McNeil
                                 Assistant United States Attorney

<div style="text-align:center">

CERTIFICATE OF SERVICE

</div>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<div style="margin-left:50%">

 *s/ John T. McNeil*
John T. McNeil
Assistant United States Attorney

</div>