UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom )<br>Pursuant to the Treaty Between the )<br>Government of the United States of )<br>America and the Government of )<br>the United Kingdom on Mutual )<br>Assistance in Criminal Matters in )<br>the Matter of Dolours Price ) | M.B.D. No. 11 mc 91078-WGY |

**<u>Government's Second Supplemental Response to the Request of NBC News</u>**

The United States of America, by and through Assistant U. S. Attorney John T. McNeil, respectfully submits this second supplemental response to the letter submitted by NBC News dated May 6, 2014. [D.80]. At a hearing on this matter on June 3, 2014, the Court sought to determine whether the government objected to the unsealing of portions of the first three documents filed under seal in this matter. [D.1, D.2, D.3]. After consideration, the government responds as follows:

With respect to the first pleading, the government has no objection to the unsealing of page 1 of D.1, or to the unsealing of the first five pages of the exhibit to that document, marked as D.1-1, pg. 1 through 5. The government continues to object to the unsealing of the remainder of that pleading, marked as D.1-1, pg. 6-20.

With respect to the second pleading, an 11 page document marked as D.2, the government does not object to the unsealing of that pleading except for the second full paragraph of that pleading, which starts on page 1 and continues half-way through page 2. The government continues to object to the unsealing of the second full paragraph of that pleading.

With respect to the third pleading, a three page order marked as D.3, the government has no objection to its unsealing.

The government understands that the Court also intends to immediately unseal the following documents: D.8 (one page cover motion only); D.8 (recusal order); D.15 (two page cover motion only); D.28 (one page letter only); D.29 (one page email only); D.36 (one page cover motion only); D.47 (sealed appendix to the Court's order); D.59 (one page joint motion only); D.60 (two page motion only); and D.65 (Boston College *ex parte* motion).  The government also understands that the Court intends to unseal the sealed sidebar transcript from the hearing on February 1, 2012, except for the names of those persons identified during that sidebar conference. [Sealed Tr. 2/1/12 at pg. 15].  The government has no objection to these matters being unsealed, except for the names of those persons identified during the sidebar conference.

The government continues to object to the unsealing of all remaining pleadings and exhibits filed under seal in this matter for the reasons stated in prior pleadings.

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    UNITED STATES ATTORNEY

Date: June 6, 2014        By:   *s/ John T. McNeil*
                                  John T. McNeil
                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    *s/ John T. McNeil*
                    John T. McNeil
                    Assistant United States Attorney