UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Request from the United Kingdom )<br>Pursuant to the Treaty Between the )<br>Government of the United States of )<br>America and the Government of )<br>the United Kingdom on Mutual )<br>Assistance in Criminal Matters in )<br>the Matter of Dolours Price ) | M.B.D. No. 1:11 mc 91078-WGY |

## Notice of Completion of Commission

The United States of America, by and through Assistant U. S. Attorney John T. McNeil, respectfully submits this notice of completion of commission. Undersigned counsel and various interim counsel were appointed by the Court to serve as commissioner on behalf of the United Kingdom in connection with the mutual legal assistance request in the instant matter. That request sought material held in the Burns Library at Boston College. The Court ordered the Trustees of Boston College to produce certain material in response to the commissioner subpoenas. When the Trustees of Boston College produced the responsive original materials, they requested that those originals be returned to them upon completion of this matter. Those original materials were subsequently provided to authorities in the United Kingdom on the condition that they eventually be returned.

Authorities in the United Kingdom have completed those matters arising from their request. As a result, the Central Authority in the UK returned Boston College's original materials to undersigned counsel, and undersigned counsel provided them to the Office of General Counsel at Boston College on April 5, 2023.

This notifies the Court that undersigned counsel has completed the requirements of the commission in this matter, and this case should be closed.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Date: April 12, 2023          By: /s/ John T. McNeil
                              John T. McNeil
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ John T. McNeil
John T. McNeil
Assistant United States Attorney